IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Diaz, Pedro A | Case Number: 07 B 20608 |
|---|---|---|
| | Torres, Carmen M | Judge: Wedoff, Eugene R |
| | Printed: 03/24/09 | Filed: 11/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: March 2, 2009
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,602.00 | |
| Secured: | | 1,000.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,375.89 |
| Trustee Fee: | | 226.11 |
| Other Funds: | | 0.00 |
| Totals: | 3,602.00 | 3,602.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 2,375.89 |
| 2. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 4. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 5. | Wfnnb/Harlem Furniture | Secured | 250.00 | 250.00 |
| 6. | Great American Finance Company | Secured | 800.00 | 750.00 |
| 7. | American Home Mortgage Servicing | Secured | 5,695.56 | 0.00 |
| 8. | Real Time Resolutions | Secured | 2,176.08 | 0.00 |
| 9. | Chase Bank | Unsecured | 81.92 | 0.00 |
| 10. | Capital One | Unsecured | 1,163.96 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 895.60 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,017.02 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 241.82 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 788.10 | 0.00 |
| 15. | Chase Bank USA NA | Unsecured | 418.99 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 2,448.41 | 0.00 |
| 17. | Great American Finance Company | Unsecured | 138.43 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 238.28 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 207.45 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 1,080.07 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 209.31 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 396.50 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 931.49 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 663.67 | 0.00 |
| 25. | RoundUp Funding LLC | Unsecured | 419.08 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 272.70 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Diaz, Pedro A | Case Number: 07 B 20608 |
| | Torres, Carmen M | Judge: Wedoff, Eugene R |
| | Printed: 03/24/09 | Filed: 11/5/07 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | City Of Chicago Dept Of Revenue | Unsecured | 511.20 | 0.00 |
| 28. | RoundUp Funding LLC | Unsecured | 290.56 | 0.00 |
| 29. | Continental Furniture | Secured | | No Claim Filed |
| 30. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 31. | Continental Furniture | Unsecured | | No Claim Filed |
| 32. | Aspire Visa | Unsecured | | No Claim Filed |
| 33. | Collectech Systems | Unsecured | | No Claim Filed |
| 34. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 35. | Credit Protection Association | Unsecured | | No Claim Filed |
| 36. | Laboratory Corporation | Unsecured | | No Claim Filed |
| 37. | KCA Financial Services | Unsecured | | No Claim Filed |
| 38. | Lou Harris | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| 40. | Midwest Academy Of Pain & Spine | Unsecured | | No Claim Filed |
| 41. | Special Care Orthopedics | Unsecured | | No Claim Filed |
| 42. | Ramon Pla & Helen Ruiz Pla | Unsecured | | No Claim Filed |
| 43. | Bank Of America | Unsecured | | No Claim Filed |
| | | | $ 24,842.53 | $ 3,375.89 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.33 |
| 6.5% | 88.84 |
| 6.6% | 90.94 |
| | $ 226.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

